IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LINDA B. TURNEY § | |
| § | |
| VS. § | ACTION NO. 4:08-CV-189-Y |
| § | |
| MICHAEL J. ASTRUE, Commissioner § | |
| of Social Security § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1.  The pleadings and record;

2.  The proposed findings, conclusions, and recommendations of the United States magistrate judge filed on November 25, 2008;

3.  Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 16, 2008; and

4.  The Commissioner's response to those objections, which were filed on January 12, 2009.

This Court, after de novo review, concludes that the Commissioner's decision should be affirmed for the reasons stated in the magistrate judge's findings, conclusions, and recommendation.[1]

It is ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be and are hereby ADOPTED. The decision of the Commissioner is AFFIRMED.

SIGNED April 9, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court agrees with the Commissioner's assessment, as indicated in his response to Plaintiff's objections, that the issue of whether the ALJ used the correct standard in determining whether Plaintiff suffered from a severe impairment is largely irrelevant, given that he concluded that her impairment was severe.